UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
KRIS LORD,

        Plaintiff,

  -against-

U.S. MARSHALL RALPH SOZIO, *et al.*,

        Defendants.
--------------------------------------------------------X

REPORT AND
RECOMMENDATION
23 CV 2307 (AMD)(RML)

LEVY, United States Magistrate Judge:

        Plaintiff *pro se* Kris Lord ("plaintiff") filed the complaint in this action on March 24, 2023, naming as defendants U.S. Marshall Ralph Sozio, U.S. Marshall Director Ronald L. Davis, U.S. Marshall Vincent F. DeMarco, and David Vizhnay. (See Complaint, filed Mar. 24, 2023, Dkt. No. 1.) Summonses were issued the same day, and on April 24, 2023, I issued an order advising plaintiff that Rule 4(m) of the Federal Rules of Civil Procedure requires that service be effected within ninety days after the complaint is filed. (See Order, dated Apr. 24, 2023, Dkt. No. 6.) My order further warned that "[i]f service is not made upon the Defendants by June 22, 2023, or Plaintiff fails to show good cause why such service has not been effected, it will be recommended that the Court dismiss this action without prejudice." (Id.)

        Plaintiff did not file proof of service on any defendant by June 22, 2023. Rather, plaintiff filed letters to the court alleging that defendants had been served, but claiming that he could not file proof of service due to the process server's "criminal activities" and fraud. (See Letters of Kris Lord, filed Apr. 3, 2023, May 22, 2023, June 22, 2023, July 5, 2023.) On October 14, 2023, I issued an order directing plaintiff to complete service by November 10, 2023 and advising that failure to submit proof of proper service would result in a recommendation that this case be dismissed for lack of prosecution. The court has received no communication from

plaintiff since then. Without documentation of service, I am constrained to recommend that this case be dismissed without prejudice for failure to prosecute. See Ahmed v. Dannhauser, No. 23 CV 297, 2023 WL 7134404, at *2 (E.D.N.Y. Oct. 5, 2023), report and recommendation adopted, 2023 WL 7130686 (E.D.N.Y. Oct. 30, 2023) (dismissing pro se plaintiff's action without prejudice pursuant to Rule 4(m) where plaintiff "failed to file proof of proper service on defendants or show good cause why service on defendants was not timely made.").

Any objection to this Report and Recommendation must be filed with the Clerk of the Court within fourteen (14) days. Failure to file objections in a timely manner may waive a right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(d), 72.

Respectfully submitted,

/s/
ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
       December 19, 2023